UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

**MERRY REED, et al.,**

    *Plaintiffs,*

v.                                                Civil Action No. 2:19-cv-3110

**ARRAIGNMENT COURT MAGISTRATE
JUDGES FRANCIS BERNARD, et al.,**

    *Defendants.*

**FILED**
OCT 15 2019
KATE BARKMAN, Clerk
By_____Dep. Clerk

---

## STIPULATION

WHEREAS, Plaintiffs Merry Reed and Philadelphia Bail Fund filed the Complaint in this matter on July 17, 2019; and

WHEREAS, by agreement, Defendant Arraignment Court Magistrates filed a motion to dismiss on September 4, and Defendant Sheriff Jewel Williams filed his motion to dismiss on September 18; and

WHEREAS, the parties stipulated that Plaintiffs would file a consolidated brief in opposition to those motions on or before October 9, and the Court entered that stipulation as an Order; and

WHEREAS, Plaintiffs seek a one-week extension to file their consolidated opposition brief to address the various arguments raised in the motions to dismiss; and

WHEREAS, the parties have conferred and Defendants' consent to the requested extension;

1

Pursuant to United States District Court for the Eastern District of Pennsylvania Local Rule of Civil Procedure 7.4, the parties in the above action stipulate and agree that Plaintiffs' time to file a consolidated brief in opposition to Defendants' motions to dismiss be extended one week, with the opposition brief due on or before October 16, 2019.

Dated: October 4, 2019

/s/ *Michael Berry*
Michael Berry
Paul J. Safier
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: 215-665-8500
Fax: 215-864-8999
berrym@ballardspahr.com
safierp@ballardspahr.com
mcdonaldm@ballardspahr.com

Robert D. Friedman*
Nicolas Y. Riley**
Institute for Constitutional Advocacy & Protection
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
Tel.: 202-662-4048
Fax: 202-662-9248
rdf34@georgetown.edu
nr537@georgetown.edu

* Admitted to practice in the District of Columbia (No. 1046738); admitted *pro hac vice*.
** Admitted to practice in New York (NY Registration No. 5039607); admitted *pro hac vice*.

*Counsel for Plaintiffs*

/s/ *Sean J. McGrath*
Amy M. Kirby
Sean J. McGrath
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Counsel for Defendant Sheriff Williams
City of Philadelphia

/s/ *Michael Daley*
Michael Daley, Esquire
Attorney I.D. No. PA77212
Megan L. Davis, Esquire
Attorney I.D. No. PA321341
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepartmetn@pacourts.us
(215) 560-6300, Fax: (2015) 560-5486

SO ORDERED:

_____
Honorable Judge Bartle III

October 15, 2019

2