IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MERRY REED, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARRAIGNMENT COURT MAGISTRATE | : | NO. 19-3110 |
| JUDGES, et al. | : | |

<u>ORDER</u>

AND NOW, this 13th day of November, 2019, after oral argument, it is hereby ORDERED that the Motion of Defendant Jewell Williams to Dismiss the Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. # 16) is DENIED without prejudice.

BY THE COURT:

/s/ Harvey Bartle III
                                                              J.