```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| MERRY REED, et al | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| FRANCIS BERNARD, et al | : NO. 19-3110 |
| | : |

NOTICE TO COUNSEL

Please be advised that a telephone conference will be held on **December 4, 2019 at 8:45 a.m.** Please use the following call-in information:

      Call in:   877-873-8017

      Access Code:   1397393

/s/ Kristin R. Makely
_____
Kristin R. Makely
Deputy Clerk to Judge Bartle

11/25/2019