# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MERRY REED, et al.,** | : |
| **Plaintiffs,** | : Civil Action |
| v. | : No. 2:19-cv-03110-HB |
| **ARRAIGNMENT COURT MAGISTRATE JUDGE FRANCIS BERNARD, et al.,** | : |
| **Defendants.** | : |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of plaintiffs Merry Reed and Philadelphia Bail Fund in the above-captioned matter.

Dated: December 16, 2019

Respectfully submitted,

BALLARD SPAHR LLP

By: */s/ Shawn F. Summers*
　　　Shawn F. Summers
　　　summerss@ballardspahr.com
　　　Identification No. 327471
　　　1735 Market St., 51st Floor
　　　Philadelphia, PA 19103
　　　Tel: (215) 864-8347
　　　Fax: (215) 864-8999

*Attorneys for Plaintiffs*