UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**MERRY REED; PHILADELPHIA BAIL FUND,**

*Plaintiffs*,

v.                                                              Civil Action No. 2:19-3110

**ARRAIGNMENT COURT MAGISTRATE JUDGES FRANCIS BERNARD, SHEILA BEDFORD**, **KEVIN DEVLIN**, **JAMES O'BRIEN**, **JANE RICE, and ROBERT STACK, in their official capacities; PRESIDENT JUDGE PATRICK DUGAN, in his official capacity; SHERIFF JEWELL WILLIAMS, in his official capacity,**

*Defendants*.

### STIPULATION OF DISMISSAL AS TO PLAINTIFF MERRY REED

Plaintiff Merry Reed and all Defendants, by and through their undersigned counsel, hereby stipulate that all claims brought by Plaintiff Reed against Defendants are hereby dismissed without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This stipulation of dismissal does not impact the claims brought by Plaintiff Philadelphia Bail Fund.

Respectfully submitted,

 /s/ Michael Daley                                        /s/ Robert D. Friedman
MICHAEL DALEY, ESQUIRE                       NICOLAS Y. RILEY*
MEGAN L. DAVIS, ESQUIRE                       ROBERT D. FRIEDMAN*
Administrative Office of PA Courts               INSTITUTE FOR CONSTITUTIONAL ADVOCACY &
1515 Market Street, Suite 1414                         PROTECTION
Philadelphia, PA 19102                                  GEORGETOWN UNIVERSITY LAW CENTER
legaldepartment@pacourts.us                        600 New Jersey Avenue NW
(215) 560-6300, Fax: (215) 560-5486              Washington, DC 20001
                                                                      Tel.:  202-662-4048

1

*Counsel for Judicial Defendants*


 /s/ Sean J. McGrath
SEAN J. McGRATH
AMY KIRBY
Assistant City Solicitor Pa.
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-5444 (phone)
sean.mcgrath@phila.gov

*Counsel for Sheriff Defendant*

Dated: December 19, 2019

Fax: 202-662-9248
nr537@georgetown.edu
rdf34@georgetown.edu
\* *Admitted pro hac vice.*


MICHAEL BERRY
PAUL J. SAFIER
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel.: 215-665-8500
Fax: 215-864-8999
berrym@ballardspahr.com
safierp@ballardspahr.com

*Counsel for Plaintiffs*

Dated: December 19, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on December 19, 2019, the foregoing stipulation of dismissal was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ Robert D. Friedman
Robert D. Friedman